BEFORE THE SECOND DIVISION, APRIL 9, 1962

**No. 66680.**—Fedco, Inc. *v.* United States, protests 61/6433 and 61/6434 (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.